UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN YAN LUIS,                                             :
                              Plaintiff,                    :
                                                            :          23 Civ. 8488 (LGS)
            -against-                                       :
                                                            :                ORDER
GOOD SPREAD INC,                                            :
                              Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendant was served on December 1, 2023, and Defendant's answer was

due December 22, 2023;

       WHEREAS, the order dated December 14, 2023, adjourned the initial pretrial conference

for the second time to January 24, 2024, and directed the parties to file the initial pretrial

conference materials by January 17, 2024;

       WHEREAS, the parties failed to timely submit the joint letter or proposed case

management plan;

       WHEREAS, no answer has been filed.  It is hereby

       **ORDERED** that Plaintiff shall file an Order to Show Cause for default judgment and

related papers as provided in the Court's Individual Rules by **January 26, 2024**.  Failure to

timely file these materials may result in dismissal of the case for failure to prosecute.  It is further

       **ORDERED** that the initial pretrial conference scheduled for January 24, 2024, is

**CANCELED**.

Dated: January 22, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE