**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

**KEVIN YAN LUIS**, on behalf of himself and all others similarly situated,

                      Plaintiff,

-against-

**GOOD SPREAD, INC.**

                      Defendant.
------------------------------------------------------------x

Case No.: 1:23-cv-08488-LGS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
         January 26, 2024

So Ordered.

Dated: January 29, 2024
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted,

*/s/ Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
The Law Office of Noor A. Saab, Esq.
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

1